1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL A. HUMPHREY
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  Counsel for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,            )
                                         )
11                  Plaintiff,           )
                                         )
12            v.                         )        2:10-CR-202-RLH (GWF)
    ADAM AMADEO BATTANI, a.k.a. Ayman    )
13  Ahmed El-Assadi,                     )
                                         )
14                  Defendant.           )
    _____ )

15                      **FINAL ORDER OF FORFEITURE**

16          On March 2, 2011, the United States District Court for the District of Nevada entered a

17  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

18  Code, Section 371; Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States

19  Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

20  Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code,

21  Section 982(a)(2)(A); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States

22  Code, Section 1029(a)(2), based upon the plea of guilty by defendant ADAM AMADEO BATTANI,

23  a.k.a. Ayman Ahmed El-Assadi to criminal offenses, forfeiting specific property alleged in the

24  Information and shown by the United States to have a requisite nexus to the offense to which

25  defendant ADAM AMADEO BATTANI, a.k.a. Ayman Ahmed El-Assadi pled guilty. Docket #3, 52,

26  and 54.

1    This Court finds the United States of America published the notice of the forfeiture in

2    accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

3    consecutively from March 16, 2011, through to March 14, 2011 notifying all known third parties of

4    their right to petition the Court. #58.

5    This Court finds no petition was filed herein by or on behalf of any person or entity and the

6    time for filing such petitions and claims has expired.

7    This Court finds no petitions are pending with regard to the assets named herein and the time

8    for presenting such petitions has expired.

9    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

10   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

11   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

12   32.2(c)(2); Title 18, United States Code, Section 371; Title 18, United States Code, Section

13   981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

14   981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

15   982(a)(1); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section

16   982(a)(2)(B); and Title 18, United States Code, Section 1029(a)(2); and Title 21, United States Code,

17   Section 853(n)(7) and shall be disposed of according to law:

18                                    **COMPUTERS:**

19       1.   HP Pavilion Laptop, Model DV7-3085DX, SN: VM188UA#ABA;

20       2.   Sony Vaio Laptop, Model VGN-NW125J/T, SN: P28217738-K;

21       3.   Sony Vaio Laptop, Model VGN-NW125J/T, SN: P28217738-K-3025121;

22       4.   Sony Vaio Laptop, Model VGN-SR420D/H, SN: P27501281;

23       5.   Sony Vaio Laptop, Model VGN-FW480J/T, SN P28215734-K;

24       6.   Toshiba Laptop Satellite, Model A215-S5837, SN:58189516K;

25       7.   Sony Vaio Laptop, Model PCG-7173L, SN: CG01KZ32;

26       8.   Sony Vaio Laptop, Model PCG-4N1L, SN: J002ZAVT;

9.   Psion Series 5 Handheld Computer, SN KC004D6300N2P;

10.   Toshiba Satellite M35X-S114, SN 55246387K (Storage);

**COMPUTER PRINTERS:**

11.   Versajette M400.V8 All in One Printer, Model 726-1910, SN: 06470382003;

12.   Versajette M400 All in One Printer, Model #726-1800,SN:21260490763;

13.   HP PSC2410 All in One Printer, Model SDGOB-0301-02, SN:MY3BFG35BV;

14.   HP Photosmart C4280 All in One Printer, No Model #, SN: MY78MJN0ZB;

15.   HP PSC1610 All in One Printer, Model SDGOB0401-01, SN: MYS7QF30CT;

16.   HP PSC2355 All in One Printer, Model SDGOB-0401-02, SN: MYS32F21WF;

17.   Versajette M300 Printer, Model 4137-001, SN: 15510684691;

18.   HP Deskjet 6940 Printer, Model C8970A, SN: MY840CR1B8;

19.   HP Laserjet P1006 Printer, SN: VND3414740;

20.   Lexmark 4300 (P4310) Printer, Model 4115-001, SN: 07490277383;

21.   Zink Versaink Nano Cartridges;

22.   All cables and manuels for electronics/phones;

**CAMERAS:**

23.   Canon Pixma IP1500 Printer, Model K10240, SN: 4112TTS;

24.   SiPix A6 Pocket Printer, SN: CD014551;

**MISCELLANEOUS ITEMS:**

25.   Canon Powershot SD850IS Camera, SN: 4727011310;

26.   Casio Exilim 8.1 Mega Pixels EX-Z80A Camera, SN: 31070243A;

27.   G7 Productivity Systems Check Reader, SN: SNA04L4L5;

28.   Apple IPod 80GB, SN: 8KG48D94V9P;

29.   Apple IPod 6GB Nano, SN: JQ5207NPS42;

**CURRENCY:**

30.   2,085 Euros which convert to $2,998.65 USC;

31. $155.00 Canadian Dollars which convert to $152.60;

32. $21,000 Lebanese Pounds which convert to $13.82;

33. $5.00 Jordanian Dinars which convert to $7.00;

34. $1.00 Saudi which convert to $ .26;

**CELL PHONES:**

35. Motorola cell phone, Model #C290;

36. Samsung cell phone, Model #SCHA;

37. Motorola cell phone #C290;

38. Nokia cell phone, #714-825-5320, Model #8260;

39. Motorola cell phone, Model #1HDT56HC1, 1C 1090-HCI;

40. Nokia cell phone, Model #6030, SIM Card 7-4850123;

41. Nokia cell phone, Model #3120, SIM Card 267028;

42. Nokia cell phone, #323-218-1108, Model #2125;

43. Samsung cell phone, #714-376-2914, Model #SPHM810;

44. Nokia cell phone, Model #7270, SIM Card 0C523;

45. Nokia cell phone, #5-606-6545, Model #1661;

46. Motorola cell phone, Model #V60;

47. Nokia cell phone, Model #8801;

48. Nokia cell phone, #424-644-5099, Model #2760;

49. Nokia cell phone, Model #1661, SIM Card 9-209-7190;

50. Nokia cell phone, #7-253-6359, Model #6030, 267028;

51. Nokia cell phone, #323-667-4705, Model #2125;

52. Nokia cell phone, #7-561-2930, Model #6010, 63512A;

53. Nokia cell phone, #323-551-7566, Model #5310;

. . .

. . .

**SIM AND SD CARDS:**

54.  Scan Disk Cruzer Micro 2.0 GB, SN: BE06063BB;

55.  Canon SD 16M Memory Card R05153WR and case;

56.  Transend SD 2GB, SN: 229070-9437;

57.  Scan Disk 2.0GB SD Card, SN: BE 0609802661D;

58.  Scan Disk Ultra II 4GB AD Card, SN: BH07142117820;

59.  Lexar Media 128MB Compact Flash, No SN;

**CASHIERS AND OFFICIAL CHECKS**

60.  Valz Maldy   - 08/02/2007, $336.57;

61.  Radov Lobarow - 09/20/2006, $3,385.21;

62.  Gerfy Maldy   - 07/12/2007, $863.71;

63.  Babil Lisky   - 08/16/2006, $3,801.58;

64.  Zak Labarow   - 09/20/2006, $1,321.06;

65.  Lezan Lisky   - 08/08/2006, $450.30;

66.  Zink Labarow  - 09/14/2006, $3,252.86;

67.  Washington Mutual check to Babile Lisky - 07/13/2006, $117.21;

68.  Wells Fargo check to Varaz Lisky - 04/05/2010, $18.17;

69.  Wells Fargo check to Qaval Lisky - 03/09/2010, $984.16;

70.  Bank of America check (#2948) to Erat S. Oveel03/10/10, $25;

71.  Bank of America check (#2949) to Erat S. Oveel 03/10/10, $25;

72.  AMEX check to Lavik Barazman - 01/26/2010 $8,974.14;

73.  Wells Fargo check to Barok Barazman - 02/04/2010, $60.34;

74.  Wells Fargo check to Robeto Maldy - 03/23/2010, $6.25;

75.  Wells Fargo check to Vedal Oveel - 03/23/2010, $7.00;

76.  Chase check to Levan Hsajsam - 03/05/2010, $50.00;

77.  Chase check to Levan Hsajsam - 03/05/2010, $145.69;

5

78.   Chase check to Clavo Hsajsam - 12/24/2009, $72.05;

79.   Bank of America check to Tomak Vadaros 01/11/10, $2,679.16;

80.   Intermountain Bank check to Beday Rachidia 02/14/2007, $300.59;

**FICTICIOUS DRIVERS LICENSES:**

81.   Drivers License: PIRYAV N. IVAR KOIAV - CA DL X-6365;

82.   Drivers License: SARON RESS LING DEMEET - CA DL X-3590;

83.   Drivers License: CHAVOR N. NERGA - CA DL X-4756;

84.   Drivers License: SEROV P. NOVER DYAN - CA DL X-5320;

85.   Drivers License: GNAVOR C. ECHIG - CA DL X-2178;

86.   Drivers License: TIRAS N. VIKA KAROV - CA DL X-7867;

87.   Drivers License: REYAB F. EIZ PETYAR - CA DL X-4654;

88.   Drivers License: IZAR V. IVAID EZEL - CA DL X-6356;

89.   Drivers License: OVAT ZAIR VINC TAMIN - CA DL X-7586;

90.   Drivers License: VNOASK MALOK SHAKD ETAV - CA DL X-6870;

91.   Drivers License: EGAKY RACH EZMAN - CA DL X-8912;

92.   Drivers License: YOTOV D. CHENZ - CA DL X-1090;

93.   Drivers License: TAZIN RINV MATY NINAR - CA DL X-4657;

94.   Drivers License: VARAK L. BARAZMAN - TX DL X-2413;

95.   Drivers License: ANAN L. VARADOS (VADAROS) - TX DL X-2334;

96.   Drivers License: FAVEK T. ZLAN AKTO - NV DL X-5378;

97.   Drivers License: ZALAV V. ONAL SOVO - NV DL X-5656;

98.   Drivers License: EVAR D. ZOVO LAVIN - NV DL X-7677;

99.   Drivers License: CHALIK L. DONMAN - NV DL X-0989;

100.  Drivers License: IKAZ V. MIVEEL - International DL X-0455;

101.  Drivers License: IZEN MIVEEL - International DL (no number);

102.  Drivers License: VALZ K. MALDY - International DL X-5202;

103. Drivers Licenses KAROVI S. MEVIL/KOROVI S. MEVIL - International DL X-3434;

104. Drivers License: TALAV V. MICAL - International DL X-4309;

105. Drivers License: LAVIK B. BARAZMAN - International DL X-5432;

106. Drivers License: BAKVICH L. MIVEEL - International DL X-4309;

107. Drivers License: ARLITZ K. LISKY - International DL X-3142;

108. Drivers License: ROBETO TANIAS MALDY - Copy of NV DL X-3379;

109. Drivers License: INAV N. VERA - CA DL X-4354;

110. Drivers License: ICHV N. IGON VAKA - CA DL X-6566;

111. Drivers License: DEVAR S. CIKOV GRIZ - CA DL X-1309;

112. Drivers License: SELED ELEG ECITS RACI - CA DL X-5653;

113. Drivers License: RENAL D. ORAV DEVAN - CA DL X-1323;

114. Drivers License: INAG V. ACHK DEIV - CA DL X-4569;

115. Drivers License: GNAR D. OVOK MEYAD - CA DL X-9012;

116. Drivers License: VIHA N. DERN SOLA - CA DL X-3545;

117. Drivers License: DEREV V. ZORNOV - CA DL X-5430;

118. Drivers License: RENAZ D. LEYANV - CA DL X-5434;

119. Drivers License: KEDA M. IRAV ZYAR - CA DL X-3241;

120. Drivers License: AVWAN Z. LOBAROW - CA DL X-2585;

121. Drivers License: ERAT S. EHNS OVEEL - CA DL X-3680;

122. Drivers License: OIRR IRAM SAWA TAIW - CA DL X-4690;

123. Drivers License: EVEES NIRA SARY EWOL - CA DL X-4657

124. Drivers License: ASRAD MAEK LLUN EEFD - CA DL X-5676;

125. Drivers License: RACH E. OVAREZ - CA DL X-6354;

126. Drivers License: INAR N. RADA VORI - NV DL X-5790;

127. Drivers License: DINYAR V. JEDA HINAR - NV DL X-5465;

128.   Drivers License: ITYAN F. ROON VOYAG - NV DL X-5797;

129.   Drivers License: CIYAM N. CHORA REHTO - NV DL X-6786;

130.   Drivers License: UJESAM EDWARD ELRACHIDIEH - NV ID X-2394;

**SOCIAL SECURITY CARDS:**

131.   Social Security Card: ALMAN DKAD RACHIDIA - X-8178;

132.   Social Security Card: AYMAN AHMAD ELIASADI - X-6735;

133.   Social Security Card: AYMAN ASADI ELAMNEE - X-9347;

134.   Social Security Card: ASADIEWESAM ALI AHMAD - X-0907;

135.   Social Security Card: ASADIEAYMAN ALI AHMAD - X-0453;

136.   Social Security Card: AYMAN ADAM MAJAD AMNE - X-8225;

137.   Social Security Card: ARMAN ABMAOL ELIASAOLI - X-6067;

138.   Social Security Card: AHMAD ELASADI AYMAN - X-4043;

139.   Social Security Card: LEZAN EDELL LISKY - X-2261;

140.   Social Security Card: UJESAM ELHSADI AMNEE - X-1279;

141.   Social Security Card: AMNNE MUHAMAD ALSALIN - X-9007;

142.   Social Security Card: UJESAM ZAH RACHIDIEH - X-4068;

143.   Social Security Card: MOHAMMED SAMIR EL BATTAH - X-1015;

144.   Social Security Card: ARMAN AMNE EL-RACHIDIEH - X-9678;

145.   Social Security Card: UJESAM EL-ASADI EL-RACHIDIA - X-6211;

146.   Social Security Card: ETAHMAP WESDN FADI BASADIN - X-4265;

147.   Social Security Card: ALMAN EGAKY OVAR EZ ELRACHIDIA - X-1654;

148.   Social Security Card: ALMAN EGAKY EZ EL-RACHIDIA - X-9771;

149.   Social Security Card: AYMAN ADAMOR ELBORWAV - X-0368;

150.   Social Security Card: ADAMOR ELAMNE ELBORWAV - X-5883;

151.   Social Security Card: AYMAN MYASAR AHMAD ELASADI - X-6907;

152.   Social Security Card: WISSAMNEWAL AHMED EL-ASADI - X-0024;

153.   Social Security Card: WESAN ALTMAD ALASADI - X-0018;

154.   Social Security Card: AVAD UJESAM ALHSAOI- X-0227;

**CREDIT CARDS:**

155.   Credit Card: VEYAD RONOV - Chase X-2641;

156.   Credit Card: IVAR MALDY - Chase X-3933;

157.   Credit Card: INAR VORI - Chase X-8831;

158.   Credit Card: INAR VORI - Chase X-7031;

159.   Credit Card: VALAK RONOV Chase X-1545;

160.   Credit Card: IVAR KOIAV Chase X-2301;

161.   Credit Card: LAVIK BARZMAN Chase X-2022;

162.   Credit Card: KORMAIR LISKY Chase X-7955;

163.   Credit Card: KAFAL MADNY Washington Mutual X-0012;

164.   Credit Card: ADAM AMADEO BATTANI Washington Mutual X-0017;

165.   Credit Card: QAVAL LISKY - Bank of America X-0103;

166.   Credit Card: OVAT TAMIN Bank of America X-0398;

167.   Credit Card: INAR VORI Bank of America X-5147;

168.   Credit Card: INAR VORI Bank of America X-3253;

169.   Credit Card: VEDAL OVEEL Bank of America X-3054;

170.   Credit Card: DEROV EZEL Bank of America X-1349;

171.   Credit Card: SELAB LISKY First Premier X-4262;

172.   Credit Card: PIRYAV KOIAV Unk bank debit card X-5730;

173.   Credit Card: VEDAL OVEEL Wells Fargo X-0630;

174.   Credit Card: VEDAL OVEEL Wells Fargo X-4189;

175.   Credit Card: ROBERTO MALDY Wells Fargo X-4083;

176.   Credit Card: TOVAR BARAZMAN Captial One X-3556;

177.   Credit Card: BEDAY RACHIDIA - HSBC X-8837;

178.   Credit Card: TOMAK VADAROS Zales X-0942;

179.   Credit Card: YOKAL BARAMAN Best Buy X-7270;

180.   Credit Card: LAVADO MIVEEL Best Buy X-1324;

181.   Credit Card: A.A. ASSADI National City Gift Card X-2235;

182.   Credit Card: AYMAN AHMAD EL-ASSADI - Wells Fargo X-2601;

183.   Credit Card: ADAM BATTANI Wells Fargo X-9637;

184.   Credit Card: ADAM BATTANI Wells Fargo ATM card X-0514;

185.   Credit Card: ADAM BATTANI Wells Fargo X-0500;

186.   Credit Card: ADAM BATTANI Orchard Bank X-2596;

187.   Credit Card: ADAM BATTANI Chase X-2409;

188.   Credit Card: SAM BATTANI Washington Mutual X-0015;

189.   Credit Card: SAM BATTANI Wells Fargo X-6108;

190.   Credit Card: SAM BATTANI Wells Fargo X-6403;

191.   Credit Card: SAM BATTANI Buy Right X-1440;

192.   Credit Card: SAM BATTANI Wells Fargo X-6108;

193.   Credit Card: SAM BATTANI Wells Fargo X-0393;

194.   Credit Card: SAM BATTANI Wells Fargo X-7887;

195.   Credit Card: SAM BATTANI Amex X-1004;

196.   Credit Card: SAM BATTANI Circuit City Card X-2538;

197.   Credit Card: SAM BATTANI Aspire Visa X-6885;

198.   Credit Card: SAM BATTANI Target Card X-1891;

**CHARLES SCHWAB BANK ACCOUNTS:**

199.   Charles Schwab bank accounts:$ 308.69 - Blins Salk, Accounts X-8255, X-4353;

200.   Charles Schwab bank accounts:$571.83 - Clavo Hsajsam, Accounts X-1344, X-3823;

201.   Charles Schwab bank accounts:$209.20 - Chalik Donman, Accounts X-0723; X-7330;

202.   Charles Schwab bank accounts:$2,984.86 - Veran Rachidia, Accounts X-1710;

203.   Charles Schwab bank accounts:$242.91 - Tilaz Mevil, Accounts X-4998; X-0957;

204.   Charles Schwab bank accounts:$129.91 - Lamazik Vadaros, Accounts X-1509; X- 5538;

### CARS:

205.   1999 Mercedes - White, Tag 4CZL543, VIN WDBFA68F173289;

206.   2002 Mercedes - Black, Tag 4VUP528, VIN WDBPJ75A024232;

### WELLS FARGO ACCOUNTS:

207.   Wells Fargo bank accounts:$3,313.64 - Sam Battani, Account X-7022;

208.   Wells Fargo bank accounts:$345.90 - Robeto Maldy, Account X-8405;

209.   Wells Fargo bank accounts:$1,919.18 - Vedal Oveel, Account X-7720;

### SHOT GUN:

210.   Rossi Double Barreled Shot Gun S/N RG.R17862;

### MISCELLANEOUS FROM STORAGE:

211.   HP Scanjet 4070 Photosmart Scanner;

212.   Motorola Cellphone;

213.   US $20 dollar bill;

214.   2 Half Silver Dollars value total;

215.   5 Silver Dollars value total;

216.   4 JFK Liberty Dollars value total;

217.   Misc Lebanese currency - US dollar amount $20.94;

218.   3 x 3.5 inch floppy discs;

219.   1 DVD disc; and

11

220.   an *in personam* criminal forfeiture money judgment up to $438,718.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ____10____ day of ____June____, 2011.

_____

UNITED STATES DISTRICT JUDGE