

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:10-CR-202-KJD-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAM AMADEO BATTANI | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#66) on June 16, 2011.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| WELLS FARGO BANK | 364,593.46 |
| BANK OF AMERICA | 2,186,496.84 |
| CAPITAL ONE | 97,937.39 |
| HSBC | 391,543.71 |
| AMERICAN EXPRESS | 1,039,336.85 |
| CITIBANK | 262,772.51 |
| JP MORGAN CHASE | 622,646.74 |
| DISCOVER FINANCIAL SERVICES | 207,264.23 |
| UNION BANK | 52,603.19 |
| US BANCORP | 29,446.61 |
| FORD CREDIT CORP | 35,987.21 |

**Total Amount of Restitution ordered:  $5,290,628.74\*\***

\*\*Joint and Several with co-defendant Sam Amadeo Battani

Dated this _____27ᵗʰ_____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE